BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

ANDREW F. FREIDAH (D.C. Bar No. 1048857)
MICHAEL J. GERARDI
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW, Rm #12308
Washington, DC 20005
Tel: (202) 305-0879
E-mail: andrew.f.freidah@usdoj.gov

*Attorneys for Defendant National Archives and Records Administration*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOIACONSCIOUSNESS.COM LLC, a California limited liability company., <br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, a federal agency,<br><br>Defendant,<br><br>DALLAS COUNTY HISTORICAL FOUNDATION d/b/a THE SIXTH FLOOR MUSEUM AT DEALEY PLAZA<br><br>Respondent. | CASE NO. 3:24-CV-00997-TSH<br><br>**NOTICE OF APPEARANCE** |

Please take notice that Andrew F. Freidah, Trial Attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance in the above-captioned matter as counsel of record for Defendant National Archives and Records Administration (NARA).

Dated: March 21, 2024

Respectfully submitted,

By: */s/ Andrew F. Freidah*
Andrew F. Freidah
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW, Rm. #12308
Washington, DC 20005
Tel: (202) 305-0879
E-mail: andrew.f.freidah@usdoj.gov

*Attorney for Defendant National Archives and Records Administration*