Mark L. Javitch (CA SBN 323729)
JAVITCH LAW OFFICE
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
mark@javitchlawoffice.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOIACONSCIOUSNESS.COM LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>    Defendant.<br><br>DALLAS COUNTY HISTORICAL FOUNDATION d/b/a THE SIXTH FLOOR MUSEUM AT DEALEY PLAZA,<br><br>    Respondent. | Case No.: 3:24-cv-00997-JD<br><br>**CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES AND PARTIES** |

Pursuant to Local Rule 3-15, the undersigned certifies that, as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: May 14, 2024          Respectfully submitted,

                                          By: /s/ Mark L. Javitch
                                          Mark L. Javitch (California SBN 323729)
                                          JAVITCH LAW OFFICE
                                          3 East 3rd Ave. Ste. 200
                                          San Mateo CA 94401
                                          Telephone: (650) 781-8000
                                          Facsimile: (650) 648-0705
                                          mark@javitchlawoffice.com

                                          *Attorneys for Plaintiff*