BRIAN M. BOYTON
  Principal Deputy Assistant Attorney General
MARCIA BERMAN
  Assistant Branch Director
MICHAEL J. GERARDI
  Senior Trial Counsel
  Civil Division, Federal Programs Branch
  U.S. Department of Justice
  1100 L St., N.W.
  Washington, D.C. 20005
  Telephone: (202) 616-0680
  E-mail: michael.j.gerardi@usdoj.gov

*Counsel for Defendant*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOIACONSCIOUSNESS.COM LLC,<br><br>               Plaintiff,<br><br>          v.<br><br>NATIONAL ARCHIVES & RECORDS ADMINISTRATION,<br><br>               Defendant,<br><br>DALLAS COUNTY HISTORICAL FOUNDATION d/b/a THE SIXTH FLOOR MUSEUM AT DEALEY PLAZA,<br><br>               Respondent. | CASE NO. 3:24-cv-00997<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO VACATE CASE MANAGEMENT CONFERENCE** |

      Pursuant to Local Rules 6-2 and 7-12, the parties in the above-captioned cases jointly request that the Court vacate the Case Management Conference currently schedule for June 6, 2024, at 10 AM. The parties stipulate and agree as follows:

      1.    Plaintiff filed the operative complaint in this case on February 20, 2024. Upon assignment of this case to Judge Donato, the Court ordered the parties to submit a

1. Case Management Statement on May 30, 2024, and scheduled a Case Management Conference for June 6, 2024. ECF No. 23.

2. Defendant answered the complaint on April 24, 2024. ECF No. 23. That same day, Respondent Sixth Floor Museum filed a motion to dismiss on the grounds of lack of personal jurisdiction. ECF No. 26. That motion is now fully briefed and scheduled to be heard on June 6, 2024, the date currently set for the case management conference.

3. The parties conducted a meet-and-confer in order to discuss the Case Management Statement on May 16, 2024. In light of their discussion, the parties are in agreement that, as is typical in FOIA cases, discovery is not necessary, and the case will be ready to proceed to summary judgment once the Court has ruled on Respondent's motion to dismiss. *See, e.g., Nat'l Wildlife Fed'n v. U.S. Forest Service*, 861 F.2d 1114 (9th Cir. 1988). The parties are negotiating a schedule for briefing summary judgment and will submit their proposed schedule with the Case Management Statement no later than May 30, 2024.

4. Good cause exists to remove the Case Management Conference from the calendar for numerous reasons. Respondent has a motion to dismiss currently pending before the Court, and the parties agree that irrespective of the outcome of that motion, the case should proceed to cross-motions for summary judgment. Moreover, counsel for Defendant, which is not party to the pending motion to dismiss, is located in Washington, DC, and traveling for a Case Management Conference under these circumstances would not be proportional to the needs of this case, given the parties' agreement on how the case should be managed. Alternatively, Defendant requests the opportunity to appear for any case management conference remotely.

A proposed order is attached.

DATE:  May 24, 2024                              Respectfully submitted,

*/s/Mark L. Javitch*
Mark L. Javitch (SBN 323729)
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo CA 94401
Tel: (650) 781-8000
Fax: (650) 648-0705
mark@javitchlawoffice.com

*Counsel for Plaintiff*

*/s/Daniel A. Solitro*
Daniel A. Solitro (SBN 243908)
Madeleina Halley (SBN 341540)
LOCKE LORD LLP
300 South Grand Avenue, Suite 2600
Los Angeles, California 90071
Telephone: (213) 485-1500
Facsimile: (213) 485-1200
E-Mail: dsolitro@lockelord.com
madeleina.halley@lockelord.com

*Counsel for Respondent*

BRIAN M. BOYTON
   Principal Deputy Assistant Attorney General

MARCIA BERMAN
   Assistant Branch Director

*/s/Michael J. Gerardi*
MICHAEL J. GERARDI
   Senior Trial Counsel
   Civil Division, Federal Programs Branch
   U.S. Department of Justice
   1100 L St., N.W.
   Washington, D.C.  20005
   Telephone: (202) 514-3346
   Fax: (202) 616-8470
   E-mail: michael.j.gerardi@usdoj.gov

*Counsel for Defendant*

# DECLARATION

In accordance with LR 5-1(i)(3), I affirm that the factual assertions contained in this stipulation are true and correct to the best of my knowledge.

<u>/s/*Michael J. Gerardi*</u>
Michael J. Gerardi
Senior Trial Counsel