# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

FOIACONSCIOUSNESS.COM LLC,

    Plaintiff,

v.

NATIONAL ARCHIVES & RECORDS ADMINISTRATION,

    Defendant,

DALLAS COUNTY HISTORICAL FOUNDATION d/b/a THE SIXTH FLOOR MUSEUM AT DEALEY PLAZA,

    Respondent.

CASE NO. 3:24-cv-00997

**STIPULATED REQUEST AND [PROPOSED] ORDER TO VACATE CASE MANAGEMENT CONFERENCE**

    Upon consideration of the parties stipulation submitted May 24, 2024, and for good cause shown, the Court hereby

    **ORDERS** that the Case Management Conference scheduled for June 6, 2024, is vacated and removed from the Court's calendar.

    **IT IS SO ORDERED**

DATED: _____, 2024

_____
JAMES DONATO
United States District Judge

1